ANGLO-DUTCH TRADING CORPORATION, Respondent, v. FILLMORE BUILDING CORPORATION and Others, Appellants, and Others, Defendants.— Judgment

* Affd., 248 N. Y. 562.

unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.